884 A.2d 847

**In the Matter of Ivan WILLE.**

**No. 1064 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Oct. 7, 2005.

## ORDER

PER CURIAM.

AND NOW, this 7th day of October, 2005, the Joint Petition to Temporarily Suspend an Attorney is granted, and it is hereby ORDERED that Ivan Wille is placed on temporary suspension pursuant to Rule 208(f), Pa.R.D.E., until further definitive action by this Court. It is further ORDERED that respondent shall comply with all the provisions of Rule 217, Pa.R.D.E.